No. 94–7467.   BREWER *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 94–7468.   COURTNEY *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 94–7469.   DILLEY *v.* GUNN ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 94–7472.   YAMAMOTO *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 94–7473.   WILLIAMS *v.* KINCHELOE, SUPERINTENDENT, SPRING CREEK CORRECTIONAL CENTER.   C. A. 9th Cir.   Certiorari denied.

No. 94–7474.   THEODOROPOULOS *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 94–7475.   STEWARD *v.* GWALTNEY OF SMITHFIELD, LTD. C. A. 4th Cir.   Certiorari denied.

No. 94–7476.   WHITE *v.* WILKINSON ET AL.   C. A. 6th Cir. Certiorari denied.

No. 94–7477.   BUCKLEY *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 94–7478.   BUSSELL *v.* KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 94–7479.   SEVER *v.* NEW JERSEY.   Sup. Ct. N. J.   Certiorari denied.

No. 94–7481.   GOSSAGE *v.* OLDENKAMP ET AL.   C. A. 9th Cir. Certiorari denied.

No. 94–7482.   EWING *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 94–7483.   HOGAN *v.* OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 94–7484.   RICKMAN *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.